BRAD YAMAUCHI (State Bar #73245)
ALLYSON FENTON (State Bar #230703)
MINAMI, LEW & TAMAKI LLP
360 Post Street, 8th Floor
San Francisco, California 94108-4903
Telephone No.: (415) 788-9000
Facsimile No.: (415) 398-3887

Attorneys for Plaintiff
Mark E. Dickason

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Mark E. Dickason,<br><br>　　　　Plaintiff,<br>vs.<br><br>John E. Potter, Postmaster<br>U.S. Postal Service<br><br>　　　　Defendant. | Case No. C 05 3234 VRW<br><br>[PROPOSED] ORDER<br>RE: PETITION TO WITHDRAW AS COUNSEL |

The petition to withdraw as counsel of Lisa Duarte is hereby granted.

**IT IS SO ORDERED.**

Dated: December 15, 2005

_____
Judge Vaughn R Walker
UNITED STATES DISTRICT JUDGE