IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

MARK DICKASON,

        Plaintiff(s),

  vs.

JOHN E. POTTER,

        Defendant(s).

No. C 05-3234 VRW (MEJ)

**ORDER RE: JOINT LETTER**

      The Court is in receipt of the parties' joint letter, filed May 17, 2006 (Doc. #27), regarding outstanding discovery disputes. Although the letter briefly addresses certain disputes that have not been resolved, at the conclusion of the letter, the parties establish a briefing schedule for a motion to compel. As the undersigned does not consider motions to compel and requires the filing of joint letters, it is unclear whether the parties are requesting a ruling based on the May 17 letter or whether they are providing a status report. Accordingly, if the parties are requesting a ruling on pending disputes, they shall file a revised joint letter (a separate letter for each dispute) and address all legal arguments, including citations to legal authority for their positions, in the revised letter. Neither party shall file a motion to compel pursuant to Civil Local Rule 7; instead, the parties shall comply with the undersigned's discovery standing order.

      **IT IS SO ORDERED.**

Dated: May 17, 2006

                                        MARIA-ELENA JAMES
                                        United States Magistrate Judge