1 BRAD YAMAUCHI (State Bar #73245)
  BRIAN H. KIM (State Bar #215492)
2 MINAMI, LEW & TAMAKI LLP
  360 Post Street, 8th Floor
3 San Francisco, California 94108-4903
  Telephone No.: (415) 788-9000
4 Facsimile No.: (415) 398-3887
  email: byamauchi@mltsf.com
5         briank@mltsf.com

6 Attorneys for Plaintiff
  Mark E. Dickason

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Mark E. Dickason, | Case No. C 05 3234 VRW |
| Plaintiff, | STIPULATED REQUEST FOR ORDER EXTENDING TIME TO COMPLETE |
| vs. | MEDIATION AND [~~PROPOSED~~] ORDER |
| John E. Potter, Postmaster U.S. Postal Service | **[Local Rule 6-2]** |
| Defendant. | |

The parties jointly request an extension of the cutoff date for the parties to complete mediation under this Court's March 27, 2006 Order from June 22, 2006 to August 4, 2006.

Additional time is needed in order to resolve a potential dispute regarding defendant's responses to plaintiff's discovery requests, as plaintiff believes that it is necessary for certain responses and documents to be obtained before a mediation can be held. *See* Exhibit A (Declaration of Brian H. Kim). The additional time is necessary to allow the parties to resolve the potential

///

///

///

discovery dispute and allow both parties to depose key witnesses before engaging in mediation.

DATED: May 16, 2006        MINAMI, LEW & TAMAKI

/s/
_____
Brian H. Kim
Attorney for Plaintiff

DATED: May 16, 2006        KEVIN V. RYAN
United States Attorney

/s/
_____
Abraham Simmons
Assistant United States Attorney

ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: _____    _____
HON. VAUGHN R. WALKER
United States District Judge

*[Court seal: UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA — "IT IS SO ORDERED" signed Judge Vaughn R Walker]*

Joint Stipulation to Extend Mediation Deadline
No C 05-3234 VRW                              2