**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

MARK E. DICKASON,

        Plaintiff(s),

  vs.

JOHN E. POTTER, POSTMASTER
U.S. POSTAL SERVICE,

        Defendant(s).

No. C 05-3234 VRW (MEJ)

**ORDER RE: DISCOVERY DISPUTES**

      Before the Court are the parties' joint discovery dispute letters, filed June 21, 2006.  Docs. ## 32 and 33.  Upon review of the parties' arguments and relevant legal authority, the Court hereby ORDERS as follows:

1)    Defendant shall produce all non-privileged reinstatement application information and documents for the San Francisco Postal Center from January 1, 2000 through September 2003; and

2)    Defendant shall produce documents regarding previous complaint's against Isaac Wilson, Eric Mitchell, Gessner Sias, and Rudy Daniels.  The information shall be produced under a protective order for attorney's eyes only.

     **IT IS SO ORDERED.**

DATED: July 31, 2006

_____
MARIA-ELENA JAMES
United States Magistrate Judge