IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

MARK E. DICKASON,

        Plaintiff(s),

vs.

JOHN E. POTTER, POSTMASTER U.S. POSTAL SERVICE,

        Defendant(s).

No. C 05-3234 VRW (MEJ)

**ORDER VACATING NOTICED HEARING DATE RE: PLAINTIFF'S MOTION FOR SANCTIONS**

    Pending before the Court is plaintiff Mark Dickason's Motion for Sanctions (Doc. #38), with a noticed hearing date of November 9, 2006. On October 19, 2006, defendant John Potter filed a request before Chief Judge Vaughn R. Walker to have Plaintiff's motion heard before him and to change the briefing schedule. (Doc. #51.) As Defendant's request remains pending and the briefing deadlines under Civil Local Rule 7 have passed for the November 9 hearing date, the Court hereby VACATES the November 9 hearing pending Chief Judge Walker's ruling on the matter..

**IT IS SO ORDERED.**

DATED: October 30, 2006

                                            MARIA-ELENA JAMES
                                            United States Magistrate Judge