BRAD YAMAUCHI (State Bar #73245)
BRIAN H. KIM (State Bar #215492)
MINAMI, LEW & TAMAKI LLP
360 Post Street, 8th Floor
San Francisco, California 94108-4903
Telephone No.: (415) 788-9000
Facsimile No.: (415) 398-3887
email: byamauchi@mltsf.com
briank@mltsf.com

Attorneys for Plaintiff
Mark E. Dickason

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Mark E. Dickason,<br><br>                Plaintiff,<br>vs.<br><br>John E. Potter, Postmaster<br>U.S. Postal Service<br><br>                Defendant. | Case No. C 05 3234 VRW<br><br>STIPULATED REQUEST FOR ORDER EXTENDING TIME TO COMPLETE BRIEFING SCHEDULE FOR MOTION FOR SUMMARY JUDGMENT AND MOTION FOR SANCTIONS AND [~~PROPOSED~~] ORDER |

The parties jointly request the following: 1) a one week extension of the briefing schedule for the Defendant's Motion for Summary Judgment, currently scheduled for hearing on December 14, 2006, so that Plaintiff's opposition papers must be electronically served and filed by November 30, 2006 and Defendant's reply papers must be filed and served by December 7, 2006; and 2) a briefing schedule for Plaintiff's Motion for Sanctions, currently scheduled for hearing on December 14, 2006, so that Defendant's opposition papers must be electronically served and filed by November 30, 2006 and Plaintiff's reply papers must be filed and served by December 7, 2006.

Joint Stipulation to Extend Briefing Schedule
No C 05-3234 VRW                                               1

Additional time is needed because Plaintiff's counsel will be out of the country when Plaintiff's opposition papers to the Motion for Summary Judgment are due on November 23, 2006. Plaintiff will be out of the country from November 18 until to November 25, 2006, and Plaintiff's counsel previously notified the Court and Defendant of this fact through a Notice of Unavailability. *See* Exhibit A (Declaration of Brian H. Kim). The extended briefing schedule would give Defendant's counsel a week from the date of Plaintiff's filing of the opposition papers to file its reply papers and would not affect the December 14, 2006 hearing date for the Motion for Summary Judgment.

Additional time is also needed because the Motion for Sanctions was not fully briefed before it was transferred from Magistrate Judge Maria-Elena James' chambers to this Court. Allowing the opposition papers to be electronically served and filed by November 30, 2006 and the reply papers to be filed and served by December 7, 2006 would enable the parties to complete the briefing for the Motion for Sanctions and avoid the prospect of having either party file papers for both the Motion for Summary Judgment and the Motion for Sanctions on the same day.

DATED:   November 15, 2006         MINAMI, LEW & TAMAKI

                                   /s/
                                   _____
                                   Brian H. Kim
                                   Attorney for Plaintiff

DATED:   November 14, 2006         KEVIN V. RYAN
                                   United States Attorney

                                   /s/
                                   _____
                                   Abraham Simmons
                                   Assistant United States Attorney

                                   ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: 11/16/2006
                                   _____
                                   HON. VAUGHN R. WALKER
                                   United States District Judge



Joint Stipulation to Extend Briefing Schedule
No C 05-3234 VRW                        2