BRAD YAMAUCHI (State Bar #73245)
BRIAN H. KIM (State Bar #215492)
MINAMI, LEW & TAMAKI LLP
360 Post Street, 8th Floor
San Francisco, California 94108-4903
Telephone No.: (415) 788-9000
Facsimile No.: (415) 398-3887
email: byamauchi@mltsf.com
    briank@mltsf.com

Attorneys for Plaintiff
Mark E. Dickason

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Mark E. Dickason,<br><br>            Plaintiff,<br>    vs.<br><br>John E. Potter, Postmaster<br>U.S. Postal Service<br><br>            Defendant. | Case No. C 05 3234 VRW<br><br>JOINT STIPULATION FOR ORDER EXTENDING TIME TO COMPLETE MEDIATION AND [~~PROPOSED~~] ORDER<br><br>[**Local Rule 6-3**] |

The parties jointly request an extension of the cutoff date for the parties to complete mediation under this Court's August 15, 2006 Order from November 17, 2006 to January 12, 2007.

Additional time is needed as the parties have agreed that a mediation would not productive until after this Court rules on Defendant's Summary Judgment Motion and Plaintiff's Motion for Sanctions, both of which are set for hearing on December 14, 2006. *See* Exhibit A (Declaration of Brian H. Kim).

1

DATED:     November 14, 2006          MINAMI, LEW & TAMAKI

2

3
                                      _____
4                                     Brian H. Kim
                                      Attorney for Plaintiff
5
DATED:     November 14, 2006          KEVIN V. RYAN
                                      United States Attorney
6

7

8                                     _____
                                      Abraham Simmons
9                                     Assistant United States Attorney

10

11                                    ORDER

12         IT IS SO ORDERED.

13

14  DATED: __December 8, 2006__        **GRANTED**

15                                     HON. Judge Vaughn R Walker
                                       United States District Judge
16

17

18

19

20

21

22

23

24

25

26

27

28

Join Stipulation to Extend Mediation Deadlines
No C 05-3234 VRW                              2