BRAD YAMAUCHI (State Bar #73245)
BRIAN H. KIM (State Bar #215492)
MINAMI  TAMAKI LLP
360 Post Street, 8th Floor
San Francisco, California 94108-4903
Telephone No.: (415) 788-9000
Facsimile No.: (415) 398-3887
email: byamauchi@minamitamaki.com
         bkim@minamitamaki.com

Attorneys for Plaintiff
Mark E. Dickason

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Mark E. Dickason,<br><br>                    Plaintiff,<br><br>        vs.<br><br>John E. Potter, Postmaster<br>U.S. Postal Service<br><br>                    Defendant. | Case No. C 05 3234 VRW<br><br>STIPULATED REQUEST FOR ORDER<br>EXTENDING TIME TO FILE JOINT<br>PRETRIAL CONFERENCE STATEMENT<br>AND PRE-TRIAL DEADLINES<br>**[Local Rule 6-2]** |

The parties jointly request an extension of the cutoff date for the parties to file a joint pretrial conference statement (set for January 16, 2007 by the January 12, 2007 Clerk's Notice) to **January 22, 2007**. The parties also jointly request an extension of the cutoff date to January 22, 2007 (service via personal service) for the following items as stated in paragraph "A. Conference Before Trial or Evidentiary Hearing" of the Court's December 13, 2005 Case Management Order:

Service of Proposed Jury Instructions

Service of Exhibits, Charts, Schedules, Summaries and Diagrams and Other Similar

Documentary Materials

     Service of Statement of Witnesses

     Service of Designation of Discovery Experts

     Lodging of transcripts

     Submission of jury voir dire and verdict forms

     Filing and service (via personal service by 2:00 pm of objections to evidence and motions in limine), with responses to motions in limine or objections to evidence filed and served at the January 23, 2007 pretrial conference

     Additional time is needed in light of the fact that Court's decision on Defendant's Motion for Summary Judgment is still pending. *See* Exhibit A (Declaration of Brian H. Kim). The additional time is necessary so that the parties will not have to unnecessarily confer and file a joint pretrial conference statement with the Court, or complete the required items in the December 13, 2005 Case Management Order, if the Court denies Defendant's Motion for Summary Judgment before the January 23, 2007 Pre-Trial Conference.

DATED:     January 12, 2007     MINAMI, LEW & TAMAKI

     /s/

     Brian H. Kim
     Attorney for Plaintiff

DATED:     January 12, 2007     KEVIN V. RYAN
     United States Attorney

     /s/

     Abraham Simmons
     Assistant United States Attorney

ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: 1/17/2007

GRANTED

Judge Vaughn R Walker
United States District Judge

Joint Stipulation to Extend Joint Pre-Trial Conference Statement and Pre-Trial Deadlines
No C 05-3234 VRW     2